Elizabeth Staggs-Wilson, Bar No. 183160
estaggs-wilson@littler.com
Joseph A. Govea, Bar No. 319683
jgovea@littler.com
**LITTLER MENDELSON P.C.**
633 West 5th Street, 63rd Floor
Los Angeles, California 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

Attorneys for Defendant
RUST-OLEUM CORPORATION

Michael Nourmand, Esq. (SBN 198439)
James A. De Sario, Esq. (SBN 262552)
**THE NOURMAND LAW FIRM, APC**
8222 West Olympic Boulevard
Beverly Hills, California 90211
Telephone (310) 553-3600
Facsimile (310) 553-3603

Attorneys for Plaintiff
PABLO C. ANAYA, on behalf
of himself and all others similarly situated

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO ANAYA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUST-OLEUM CORPORATION, a Delaware corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 5:21-CV-00563-JWH-KKx<br><br>**[Assigned for All Purposes to the Honorable John W. Holcomb]**<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND TO STATE COURT**<br><br>Complaint Filed: February 1, 2021<br>Notice of Removal: March 31, 2021<br>Trial Date: None set |

JOINT STIPULATION TO REMAND TO STATE COURT

1

Based on the Parties' stipulation and good cause appearing therefore, the Court hereby orders this matter shall be remanded to the Superior Court of the State of California, County of Riverside.

**IT IS SO ORDERED.**

Dated: April 29, 2021

_____
Hon. John W. Holcomb
United States District Judge

4838-8646-6535.1 / 056205-1269